**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   CHRISTOPHER CASTILLO,                )      No. C 10-05499 JW (PR)
                                          )
12              Plaintiff,                )      ORDER GRANTING EXTENSION
                                          )      OF TIME TO FILE *IN FORMA*
13       vs.                              )      *PAUPERIS* APPLICATION
                                          )
14                                        )
     SANTA CLARA COUNTY SUPERIOR          )
15   COURT,                               )
                                          )
16              Defendant.                )
     _____ )
17

18          On December 3, 2010, plaintiff filed this <u>pro se</u> civil rights pursuant to 42

19   U.S.C. § 1983.  On the same day the clerk of the Court sent a notification to plaintiff

20   that he must file an <u>in forma pauperis</u> application or pay the full filing fee to avoid

21   dismissal of the action.  (Docket No. 2.)  Plaintiff was advised to respond within

22   thirty days to avoid dismissal of the action.  (<u>Id.</u>)

23          On December 23, 2010, plaintiff filed a motion for leave to proceed <u>in forma</u>

24   <u>pauperis</u>.  (Docket No. 4.)  However, this application is deficient as plaintiff has

25   failed to submit a Certificate of Funds in Prisoner's Account completed and signed

26   by an authorized prison official and a copy of his prisoner trust account statement

27   showing transactions for the preceding six months.

28          In the interest of justice, the Court will grant plaintiff an extension of time to

1  file the missing documents, *i.e.*, a Certificate of Funds in Prisoner's Account

2  completed and signed by an authorized officer at the prison and a copy of his

3  prisoner trust account, **no later than thirty (30) days** from the date this order is

4  filed.  In the alternative, plaintiff may pay the full $350.00 filing fee.

5         **Failure to respond in accordance with this order in the time provided**

6  **may result in dismissal of this case without prejudice for failure to pay the**

7  **filing fee without further notice to plaintiff.**

8         The clerk shall enclose two blank copies of the court's Certificate of Funds in

9  Prisoner's Account with a copy of this order to plaintiff.

10

11  DATED: _____April 7, 2011_____     _____

12                                             JAMES WARE
                                               United States District Chief Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


CHRISTOPHER JCASTILLO,

              Plaintiff,

   v.

SANTA CLARA COUNTY SUPERIOR COURT,

              Defendant.
_____/

    Case Number: CV10-05499 JW

   **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____4/15/2011_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Christopher J. Castillo F-39720
NKSP
PO Box 567
Delano, CA 93216


Dated: _____4/15/2011_____

              Richard W. Wieking, Clerk
          /s/ By: Elizabeth Garcia, Deputy Clerk